UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| | ) | |
| Appellant, | ) | 1:05-cv-00065 OWW DLB |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD KING, | ) | ORDER DISMISSING ACTION |
| | ) | WITHOUT PREJUDICE |
| | ) | |
| Defendant | ) | |

Pursuant to the notice of voluntary dismissal submitted by the plaintiff, this action is dismissed without prejudice.

Dated: May 10, 2005               /s/ OLIVER W. WANGER
                                  _____
                                  OLIVER W. WANGER
                                  United States District Judge

1